**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**10,052, LLC**                                                                                                          **PETITIONER**

**v.**                                                                                   **CASE NO. 2:23-mc-75-KS-MTP**

**JOHN MARTIN and BEYOND**
**RECOGNITION, LLC, a Delaware**
**limited liability company**                                                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rules 54 and 58 of the Federal Rules of Civil Procedure and the Order that granted 10,052, LLC's Petition to Confirm Arbitration Award [9], and as stated in the May 17, 2023 Amended Final Award issued by the Honorable Janice M. Holder, Arbitrator, Final Judgment is hereby entered in favor of 10,052, LLC, a Colorado limited liability company, and against John Martin, individually, and Beyond Recognition, LLC, a Delaware limited liability company (hereinafter "Beyond Recognition Delaware"), as follows:

1) John Martin and Beyond Recognition Delaware shall pay to 10,052, LLC compensatory damages in the sum of $931,500.00, plus prejudgment interest through May 1, 2023 at the rate of ten percent (10%) per annum in the total amount of $166,835.00.

2) 10,052, LLC is entitled to sole ownership of its Software and all derivative versions of the Software, including NOCR, Mortgage Driver, BR Visual Clustering, Cascade Collection, BR Find, and Beyond Recognition Indexing, Classification, and Glyph Recognition Software. John Martin and Beyond Recognition Delaware shall return all subject Software to 10,052, LLC. John Martin and Beyond Recognition Delaware, and anyone acting in concert with them, are hereby enjoined and prohibited from the use of the Software in any way, including any works derived

from the Software. This injunction applies to John Martin and Beyond Recognition Delaware and any person or entity acting in concert with them, including any entity formed by them.

3) Beyond Recognition, LLC, a Tennessee limited liability company, is ordered to be, and shall be deemed, dissolved.

4) John Martin and Beyond Recognition Delaware shall pay to 10,052, LLC an additional sum of $24,501.25, which amount represents the costs of the arbitration and the cost of the transcript of the proceeding.

5) Interest shall accrue on the sums set forth in this judgment at the current statutory rate in accordance with 28 U.S.C. § 1961 from this date forward until paid in full.

For all of the foregoing, let execution issue forthwith. This case is closed.

SO ORDERED AND ADJUDGED this 25th day of July 2023.

/s/ Keith Starrett  
KEITH STARRETT  
UNITED STATES DISTRICT JUDGE