# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**10,052, LLC,**                                                                 **PETITIONER**

vs.                                                             CASE NO. 2:23-MC-0075-KS-MTP

**JOHN MARTIN and BEYOND
RECOGNITION, LLC, a Delaware
limited liability company,**                                                     **DEFENDANTS**

## CHARGING ORDER

This matter is before the Court on Petitioner 10,052, LLC ("10,052")'s Motion for Charger Order (the "Motion"). In the Motion, 10,052 requested, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Mississippi Code § 79-29-705, that the Court enter an order charging the interests of John Martin ("Martin") in the limited liability companies set forth below (collectively, the "Entities") with payment of the unsatisfied amount of 10,052's judgment against Martin in the minimum principal amount of $1,098,335 (the "Judgment"). The Entities include the following:

      a.      Redfile AI, LLC; and

      b.      Beyond Recognition, LLC, a Delaware limited liability company.

10,052 further requested that the Court enter an Order proscribing Martin from assigning or transferring his interests in the Entities pending the satisfaction of 10,052's Judgment. Based upon the Court's review of the Motion and its consideration of the pleadings and the record, the Court finds that the Motion is due to be, and is hereby, **GRANTED**.

Accordingly, it is **ORDERED** and **DIRECTED** as follows:

1.      Any partnership, membership, or other equitable interest of Martin in any of the Entities is hereby CHARGED with payment of 10,052's Judgment against Martin.

2. Martin is hereby PROSCRIBED from assigning or transferring any of his partnership, membership, or other equitable interests in the Entities pending the satisfaction of 10,052's Judgment against Martin.

3. The Clerk of Court is hereby DIRECTED to serve a copy of this Order on each of the above listed Entities at the following addresses:

    a. Redfile AI, LLC
       89 J. M. Burge Road
       Hattiesburg, Mississippi  39402

    b. Beyond Recognition, LLC
       89 J. M. Burge Road
       Hattiesburg, Mississippi  39402

4. Each of the Entities shall ACKNOWLEDGE receipt of this Order in writing to Steven L. Nicholas, as Counsel for 10,052, LLC, Cunningham Bounds, LLC, Post Office Box 66705, Mobile, Alabama  36660, including in said acknowledgment any notification that Martin does not hold any ownership interest in that particular Entity, if applicable.

5. Each of the Entities shall pay to 10,052 any and all monetary or non-monetary distributions, dividends, bonuses, income, monies, or payments or consideration of any kind and other items that Martin may now or ever become entitled to receive pursuant to his partnership, membership, or other equitable interests in any of the Entities, until such time as the aforesaid Judgment shall be paid in full, at which time 10,052 shall be required and ordered to satisfy and terminate this charging order, as well as terminate and satisfy the Judgment.

6. Within 15 days after receipt of a written request from 10,052, each Entity receiving such request shall provide 10,052 with an accounting of any and all monetary or non-monetary distributions, dividends, bonuses, income, monies, or payments or consideration of any kind and other items that Martin may now or ever become entitled to receive pursuant to his or its

partnership, membership, or other equitable interests in any of the Entities, from the date of the entry of this Order until such time as the aforesaid Judgment shall be paid in full.

      7.     If any of the aforesaid Entities shall, in violation of this Order, remit any such monetary or non-monetary distributions, dividends, bonuses, income, monies, or payments of any kind to Martin, or to anyone else rather than to 10,052 as directed by this Order, or as the Entities may have previously been directed by order of this Court or another Court of competent jurisdiction, then such respective Entity shall be LIABLE to 10,052 for payment of such monetary or non-monetary distributions, dividends, bonuses, income, monies, or payments, and 10,052 shall be entitled to COLLECT its Judgment, plus interest thereon, directly from any assets of the respective Entities, and without regard to any partnership, membership, or other equitable interest of Martin.

**DONE** and **ORDERED** on this the 14th day of September, 2023.

    /s/ Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE